Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

         Case No.: 19−10071−VFP
         Chapter: 13
         Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew A. Williams  
1488 Topside  
Wharton, NJ 07885  

Yolanda Sheffield Williams  
1488 Topside  
Wharton, NJ 07885  

Social Security No.:
  xxx−xx−6769                                  xxx−xx−6782

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/7/19 at 10:00 AM

to consider and act upon the following:

*16* − Objection to Unsecured Claim of Guilderland Center Rehabilitation and Extended Care Facility. filed by Stephen B. McNally on behalf of Yolanda Sheffield Williams, Andrew A. Williams. (Attachments: # 1 Application Objection to Unsecured Claim # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (McNally, Stephen)

Dated: 2/7/19

                                                                         Jeanne Naughton
                                                                         Clerk, U.S. Bankruptcy Court