Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10071−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Andrew A. Williams                    Yolanda Sheffield Williams
1488 Topside                          1488 Topside
Wharton, NJ 07885                     Wharton, NJ 07885

Social Security No.:
xxx−xx−6769                           xxx−xx−6782

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/7/19 at 10:00 AM

to consider and act upon the following:

*16* − Objection to Unsecured Claim of Guilderland Center Rehabilitation and Extended Care Facility. filed by Stephen B. McNally on behalf of Yolanda Sheffield Williams, Andrew A. Williams. (Attachments: # 1 Application Objection to Unsecured Claim # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (McNally, Stephen)

Dated: 2/7/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                  Case No. 19-10071-VFP
      Andrew A. Williams                                                Chapter 13
      Yolanda Sheffield Williams
              Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 1                  Date Rcvd: Feb 07, 2019
                              Form ID: ntchrgbk           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2019.
db/jdb         +Andrew A. Williams,   Yolanda Sheffield Williams,    1488 Topside,    Wharton, NJ 07885-1778
cr             +AIS Portfolio Services, LP Attn: Capital One Auto,    4515 N Santa Fe Ave, Dept APS,
                 Oklahoma City, OK 73118-7901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2019 23:41:26
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Stephen B. McNally    on behalf of Debtor Andrew A. Williams steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Stephen B. McNally    on behalf of Joint Debtor Yolanda  Sheffield Williams
               steve@mcnallylawllc.com,    jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```