Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10071−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew A. Williams
1488 Topside
Wharton, NJ 07885

Yolanda Sheffield Williams
1488 Topside
Wharton, NJ 07885

Social Security No.:
xxx−xx−6769

xxx−xx−6782

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 01/02/2019 and a confirmation hearing on such Plan has been scheduled for 2/21/2019.

The debtor filed a Modified Plan on 02/08/2019 and a confirmation hearing on the Modified Plan is scheduled for 3/21/2019; 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 11, 2019
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 19-10071-VFP
Andrew A. Williams                                                                Chapter 13
Yolanda Sheffield Williams
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2              Date Rcvd: Feb 11, 2019
                              Form ID: 186              Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2019.
```
db/jdb         +Andrew A. Williams,    Yolanda Sheffield Williams,    1488 Topside,    Wharton, NJ 07885-1778
cr             +AIS Portfolio Services, LP Attn: Capital One Auto,    4515 N Santa Fe Ave, Dept APS,
                 Oklahoma City, OK 73118-7901
517950110      +Ecmc Group,    Attn: Bankruptcy,    111 Washington Ave South  Ste 1400,
                 Minneapolis, MN 55401-6800
518012851       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408
517950111      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
517950112      +Garden Savings Federal Credit Union,    129 Littleton Road,    Parsippany, NJ 07054-1897
517950115    ++++LEONARD FRANCO, JR. ESQ.,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ  07102-5415
               (address filed with court: Leonard Franco, Jr. Esq.,      1037 Raymond Boulevard,    Suite 710,
                 Newark, NJ  07102)
517950116      +McCabe, Weisburg & Conway, P.C.,    216 Haddon Ave. Suite 303,    Collingswood, NJ 08108-2811
517950117      +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
517950119      +Overlook Village Condominium Assoc,    c/o Law Offices of Judith A. Fallat,
                 92 Broadway, Suite 201,    Denville, NJ 07834-2733
517950120      +Romano & Romano,    Janet B. Romano,    573 Bloomfield Avenue,    Verona, NJ 07044-1818
517950121      +State of New Jersey,    Dept. of Labor & Workforce Dev.,
                 Div. of Employer Accts., Delinquency Uni,    PO Box  932,    Trenton, NJ 08625-0932
517950122      +State of New Jersey Division of Taxation,     PO Box 245,    Trenton, NJ 08695-0245
517971207      +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
517950123      +Zwicker & Associates,    80 Minuteman Road,    Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 12 2019 00:38:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 12 2019 00:38:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2019 00:35:20
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517950105      +E-mail/Text: ally@ebn.phinsolutions.com Feb 12 2019 00:37:51      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
517950106      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 12 2019 00:35:02      Capital One,
                 PO Box 30273,    Salt Lake City, UT 84130-0273
517960146      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 12 2019 00:35:27
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518015602      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 12 2019 00:35:28
                 Capital One Auto Finance, a division of Capital On,     P.O. Box 4360,    Houston, TX 77210-4360
517950107      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 12 2019 00:38:23      Comenity Bank/Torrid,
                 Attn:  Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517950108      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 12 2019 00:35:30      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
517950109      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 12 2019 00:38:17      Ditech Financial LLC,
                 Bankruptcy Department,    PO Box 6154,    Rapid City, SD 57709-6154
518018997      +E-mail/Text: cio.bncmail@irs.gov Feb 12 2019 00:38:07      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517950114      +E-mail/Text: bncnotices@becket-lee.com Feb 12 2019 00:37:56      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517950118      +E-mail/Text: bnc@nordstrom.com Feb 12 2019 00:38:03      Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,    Englewood, CO 80155-6555
517981586      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 12 2019 00:38:55      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517950864      +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2019 00:35:17      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517950113*        Internal Revenue Service,    Special Procedures Branch,    PO Box 744,    Springfield, NJ 07081
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-2           User: admin                Page 2 of 2               Date Rcvd: Feb 11, 2019
                               Form ID: 186               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Stephen B. McNally    on behalf of Debtor Andrew A. Williams steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Stephen B. McNally    on behalf of Joint Debtor Yolanda  Sheffield Williams
               steve@mcnallylawllc.com,   jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```