**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 1 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 3 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Andrew A. Williams and  
Yolanda Sheffield Williams  

Debtor(s)

Case No.:  `19-10071  
Judge:  Papalia

## Chapter 13 Plan and Motions

☐ Original           ☒ Modified/Notice Required           Date: 2-6-2019  
☒ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER  
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/ SM    Initial Debtor: /s/ AW    Initial Co-Debtor: /s/ YS-W

### Part 1:    Payment and Length of Plan

a. The debtor shall pay $ _____250_____ per _____month_____ to the Chapter 13 Trustee, starting on _____February 1, 2019_____ for approximately _____36_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 1488 Topside, Wharton, New Jersey
Proposed date for completion: 11/30/2019

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

  a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

  b.  Adequate protection payments will be made in the amount of $ _____2,398_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____Ditech Financial LLC_____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

  a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,250 |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | $1,500 (est) | $1,500 |
| State of New Jersey | $500 (est) | $500 |

  b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:

   ☒ None

   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4:    Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Garden Savings Federal Credit Union | 1488 Tpside Wharton, NJ | $37,647.89 | $215,000 | Ditech - $274,021.72 | NO VALUE | 0 | 0 |
| State of NJ DOL | 1488 Tpside | Judgment $6,750 | $215,000 | Ditech - $274,021.72 | NO VALUE | 0 | 0 |
| US Dept of HUD | 1488 Tpside | POC #19 | $215,000 | Ditech - $274,021.72 | NO VALUE | 0 | 0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Capital One - - Auto Loan - 2013 Kia Sportage

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:  Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than  100_____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| ECMC Group/Nelnet | Student Loan | direct pay or deferment | 0 |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| State of New Jersey Dept. of Labor and Workforce Development Division of Unemployment and Disability Insurance PO Box 932 Trenton, NJ 08625 | 1488 Topside Wharton, NJ | Judgment DJ 157059-2017 | $6,750 | $215,000 | $47,350 | $311,669.61 | $6,750 (Not treated as unsecured - previously discharged in 16-20504) |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Garden Savings Federal Credit Union | 1488 Topside, Wharton, NJ | $37,647.89 | $215,000 | $274,021.72 | NO VALUE | $37,647.89 (Not treated as unsecured - previously discharged in 16-20504) |
| US Department of Housing and Urban Development | 1488 Topside Wharton, NJ | $19,435.23 | $215,000 | $274,021.72 | NO VALUE | $19,435.23 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Attorney's Fees

3) Priority Claims

4) Allowed Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 2-6-2019                            .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan is being modified to strip off the lien evidenced in proof of claim filed by the U.S. Department of Housing and Urban Development. | In Part 4(d)(1) the U.S. Department of Housing and Urban Development was added.<br><br>In Part 7(b) the U.S. Department of Housing and Urban Development was added to avoid liens and reclassify claim from secured to completely unsecured. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 2-6-2019                                                             /s/ Andrew A. Williams
                                                                           Debtor

Date: 2-6-2019                                                             /s/ Yolanda-Sheffield Williams
                                                                           Joint Debtor

Date: 2-6-2019                                                             /s/ Stephen McNally
                                                                           Attorney for Debtor(s)

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                 Case No. 19-10071-VFP
Andrew A. Williams                                                     Chapter 13
Yolanda Sheffield Williams
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Feb 11, 2019
                              Form ID: pdf901             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2019.
db/jdb         +Andrew A. Williams,    Yolanda Sheffield Williams,    1488 Topside,    Wharton, NJ 07885-1778
cr             +AIS Portfolio Services, LP Attn: Capital One Auto,    4515 N Santa Fe Ave, Dept APS,
                 Oklahoma City, OK 73118-7901
517950110      +Ecmc Group,    Attn: Bankruptcy,   111 Washington Ave South Ste 1400,
                 Minneapolis, MN 55401-6800
518012851       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408
517950111      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,   Sioux Falls, SD 57117-5524
517950112      +Garden Savings Federal Credit Union,    129 Littleton Road,    Parsippany, NJ 07054-1897
517950115    ++++LEONARD FRANCO, JR. ESQ.,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ   07102-5415
                 (address filed with court: Leonard Franco, Jr. Esq.,     1037 Raymond Boulevard,    Suite 710,
                 Newark, NJ 07102)
517950116      +McCabe, Weisburg & Conway, P.C.,    216 Haddon Ave. Suite 303,    Collingswood, NJ 08108-2811
517950117      +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,   Dixon, MO 65459-0400
517950119      +Overlook Village Condominium Assoc,    c/o Law Offices of Judith A. Fallat,
                 92 Broadway, Suite 201,   Denville, NJ 07834-2733
517950120      +Romano & Romano,    Janet B. Romano,    573 Bloomfield Avenue,    Verona, NJ 07044-1818
517950121      +State of New Jersey,    Dept. of Labor & Workforce Dev.,
                 Div. of Employer Accts., Delinquency Uni,    PO Box 932,   Trenton, NJ 08625-0932
517950122      +State of New Jersey Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245
517971207      +U.S. Department of HUD,   451 7th Street S.W.,    Washington, DC 20410-0001
517950123      +Zwicker & Associates,    80 Minuteman Road,   Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 12 2019 00:38:44     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 12 2019 00:38:41     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2019 00:35:17
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517950105      +E-mail/Text: ally@ebn.phinsolutions.com Feb 12 2019 00:37:51     Ally Financial,
                 Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
517950106      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 12 2019 00:35:23     Capital One,
                 PO Box 30273,   Salt Lake City, UT 84130-0273
517960146      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 12 2019 00:35:29
                 Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518015602      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 12 2019 00:34:44
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
517950107      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 12 2019 00:38:22     Comenity Bank/Torrid,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
517950108      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 12 2019 00:35:07     Credit One Bank,
                 Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
517950109      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 12 2019 00:38:17     Ditech Financial LLC,
                 Bankruptcy Department,   PO Box 6154,   Rapid City, SD 57709-6154
518018997      +E-mail/Text: cio.bncmail@irs.gov Feb 12 2019 00:38:05     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517950114      +E-mail/Text: bncnotices@becket-lee.com Feb 12 2019 00:37:54     Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
517950118      +E-mail/Text: bnc@nordstrom.com Feb 12 2019 00:38:03     Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,   Englewood, CO 80155-6555
517981586      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 12 2019 00:38:55     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517950864      +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2019 00:34:34     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517950113*       Internal Revenue Service,   Special Procedures Branch,   PO Box 744,   Springfield, NJ 07081
                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 11, 2019
                              Form ID: pdf901          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Stephen B. McNally    on behalf of Debtor Andrew A. Williams steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Stephen B. McNally    on behalf of Joint Debtor Yolanda  Sheffield Williams
               steve@mcnallylawllc.com,   jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```