UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROMANO & ROMANO, ESQS.
JANET B. ROMANO, ESQ.
ATTY ID 015401975
573 BLOOMFIELD AVENUE
VERONA, NJ 07044
973-857-0788
romanox2@outlook.com

In Re:

Andrew A. Williams and
Yolanda Sheffield Williams

Case No.: 19-10071

Adv. Pro. No.: _____

Chapter: 13

Hearing Date: 3/7/19

Judge: Hon. V. Papalia

## ADJOURNMENT REQUEST

1. I, ___Janet B. Romano, Esq.___,

   ☒ am the attorney for: __Guilderland Center Rehabilitation and Extended Care Fac.__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Order Expunging Unsecured Claim of Guilderland Center

   Current hearing date and time: 3/7/19 @ 10:00 AM

   New date requested: 3/21/19

   Reason for adjournment request: I was out of state and did not have sufficient time to respond to Motion. I just returned to my office on 3/4/19.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 3/6/19                              _____
                                          Janet B. Romano, Esq.
                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 3/21/2019 @ 10:00am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new. 9/23/15*

2