**McNALLY & ASSOCIATES, L.L.C.**
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Andrew A. Williams
 and Yolanda Sheffield Williams

Order Filed on March 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
 In re:                                                                    Case No: 19-10071 (VFP)
                                                                      :
ANDREW A. WILLIAMS and
YOLANDA SHEFFIELD WILLIAMS      :

        Debtor.                                                 :
---------------------------------------------------------x

**ORDER EXPUNGING UNSECURED CLAIM OF
GUILDERLAND CENTER REHABILITATION AND EXTENDED CARE FACILITY**

The relief set forth on the following pages numbering one (1) is hereby ORDERED.

**DATED: March 29, 2019**

_____
 **Honorable Vincent F. Papalia
 United States Bankruptcy Judge**

THIS MATTER having been opened to the Court by Andrew A. Williams and Yolanda Sheffield Williams, the above-captioned debtors (the "Debtors"), by and through their attorneys, McNally & Associates, L.L.C., upon the filing of the Debtors' Objection to Unsecured Claim of Guilderland Center Rehabilitation and Extended Care Facility; and the Objection to Claim having been transmitted to Guilderland Center Rehabilitation and Extended Care Facility; and upon consideration of the Objection to Claim; and it appearing that the relief requested in the Objection to Claim is warranted

IT IS,

ORDERED that the unsecured claim of Guilderland Center Rehabilitation and Extended Care Facility (Claim Number 1 on the Claims Register) be, and hereby is, expunged.