McNALLY & ASSOCIATES, L.L.C.
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Andrew A. Williams
  and Yolanda Sheffield Williams

**Order Filed on March 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
 In re:                                                                         Case No: 19-10071 (VFP)
                                                            :
ANDREW A. WILLIAMS and
YOLANDA SHEFFIELD WILLIAMS         :

           Debtor.                                       :
---------------------------------------------------------x

**ORDER EXPUNGING UNSECURED CLAIM OF
<u>GUILDERLAND CENTER REHABILITATION AND EXTENDED CARE FACILITY</u>**

The relief set forth on the following pages numbering one (1) is hereby ORDERED.

**DATED: March 29, 2019**

_____
 **Honorable Vincent F. Papalia
United States Bankruptcy Judge**

THIS MATTER having been opened to the Court by Andrew A. Williams and Yolanda Sheffield Williams, the above-captioned debtors (the "Debtors"), by and through their attorneys, McNally & Associates, L.L.C., upon the filing of the Debtors' Objection to Unsecured Claim of Guilderland Center Rehabilitation and Extended Care Facility; and the Objection to Claim having been transmitted to Guilderland Center Rehabilitation and Extended Care Facility; and upon consideration of the Objection to Claim; and it appearing that the relief requested in the Objection to Claim is warranted

IT IS,

ORDERED that the unsecured claim of Guilderland Center Rehabilitation and Extended Care Facility (Claim Number 1 on the Claims Register) be, and hereby is, expunged.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-10071-VFP
Andrew A. Williams                                                                              Chapter 13
Yolanda Sheffield Williams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Apr 01, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
db/jdb         +Andrew A. Williams,   Yolanda Sheffield Williams,   1488 Topside,   Wharton, NJ 07885-1778

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Janet Bocchino Romano    on behalf of Creditor    Guilderland Center romanoX2@outlook.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Stephen B. McNally    on behalf of Debtor Andrew A. Williams steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Stephen B. McNally    on behalf of Joint Debtor Yolanda  Sheffield Williams
               steve@mcnallylawllc.com,   jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7