**McNALLY & ASSOCIATES, L.L.C.**
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Andrew A. Williams
and Yolanda Sheffield Williams

Order Filed on April 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------x
In re:                                              :       Case No: 19-10071 (VFP)
                                                    :
ANDREW A. WILLIAMS and                              :
YOLANDA SHEFFIELD WILLIAMS                          :
                                                    :
        Debtor.                                     :
----------------------------------------------------x

**CONSENT ORDER VACATING ORDER EXPUNGING UNSECURED CLAIM OF
GUILDERLAND CENTER REHABILITATION AND EXTENDED CARE FACILITY**

The relief set forth on the following pages numbering one (1) is hereby ORDERED.

**DATED: April 9, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

THIS MATTER having been opened to the Court by Andrew A. Williams and Yolanda Sheffield Williams, the above-captioned debtors (the "Debtors"), by and through their attorneys, McNally & Associates, L.L.C., upon the filing of the Debtors' Objection to Unsecured Claim of Guilderland Center Rehabilitation and Extended Care Facility (the "Objection to Claim"); and the Objection to Claim having been transmitted to Guilderland Center Rehabilitation and Extended Care Facility; and it appearing that the Objection to Claim is withdrawn; and on April 1, 2019, due to the non-appearance of the parties, the Court having entered an Order Expunging Unsecured Claim of Guilderland Center Rehabilitation and Extended Care Facility (the "Expungement Order"); and the parties agreeing that the Expungement Order should be vacated;

IT IS,

ORDERED that the April 1, 2019 Order Expunging Unsecured Claim of Guilderland Center Rehabilitation and Extended Care Facility be, and hereby is, vacated; and it is further

ORDERED that the Objection to Claim be, and hereby is , withdrawn.

Consented to and Agreed:

| McNALLY & ASSOCIATES, L.L.C. | ROMANO & ROMANO, ESQS. |
|---|---|
| 93 Main Street, Suite 201 | 573 Bloomfield Avenue |
| Newton, New Jersey 07860 | Verona, New Jersey 07044 |
| (973) 300-4260 | (973) 857-0788 |
| Attorneys for Andrew A. Williams and Yolanda Sheffield Williams | Attorneys for Guilderland Cernter Rehabilitation and Extended Care Facility |
| By:   /s/ Stephen McNally | By:   /s/ Janet Romano |
| Stephen McNally, Esq. | Janet B. Romano, Esq. |
| April 9, 2019 | April    , 2019 |