McNALLY & ASSOCIATES, L.L.C.
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Andrew A. Williams
  and Yolanda Sheffield Williams

**Order Filed on April 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
 In re:                                                   Case No: 19-10071 (VFP)
                                                     :
ANDREW A. WILLIAMS and
YOLANDA SHEFFIELD WILLIAMS         :

         Debtor.                                     :
---------------------------------------------------------x

**CONSENT ORDER VACATING ORDER EXPUNGING UNSECURED CLAIM OF
GUILDERLAND CENTER REHABILITATION AND EXTENDED CARE FACILITY**

The relief set forth on the following pages numbering one (1) is hereby ORDERED.

**DATED: April 9, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

THIS MATTER having been opened to the Court by Andrew A. Williams and Yolanda Sheffield Williams, the above-captioned debtors (the "Debtors"), by and through their attorneys, McNally & Associates, L.L.C., upon the filing of the Debtors' Objection to Unsecured Claim of Guilderland Center Rehabilitation and Extended Care Facility (the "Objection to Claim"); and the Objection to Claim having been transmitted to Guilderland Center Rehabilitation and Extended Care Facility; and it appearing that the Objection to Claim is withdrawn; and on April 1, 2019, due to the non-appearance of the parties, the Court having entered an Order Expunging Unsecured Claim of Guilderland Center Rehabilitation and Extended Care Facility (the "Expungement Order"); and the parties agreeing that the Expungement Order should be vacated;

IT IS,

ORDERED that the April 1, 2019 Order Expunging Unsecured Claim of Guilderland Center Rehabilitation and Extended Care Facility be, and hereby is, vacated; and it is further

ORDERED that the Objection to Claim be, and hereby is , withdrawn.

Consented to and Agreed:

| | |
|---|---|
| McNALLY & ASSOCIATES, L.L.C. | ROMANO & ROMANO, ESQS. |
| 93 Main Street, Suite 201 | 573 Bloomfield Avenue |
| Newton, New Jersey 07860 | Verona, New Jersey 07044 |
| (973) 300-4260 | (973) 857-0788 |
| Attorneys for Andrew A. Williams | Attorneys for Guilderland Cernter |
|   and Yolanda Sheffield Williams |   Rehabilitation and Extended Care Facility |
| | |
| By:  /s/ Stephen McNally | By:  /s/ Janet Romano |
|     Stephen McNally, Esq. |     Janet B. Romano, Esq. |
|     April 9, 2019 |     April   , 2019 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-10071-VFP
Andrew A. Williams                                                            Chapter 13
Yolanda Sheffield Williams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 10, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db/jdb         +Andrew A. Williams,   Yolanda Sheffield Williams,   1488 Topside,   Wharton, NJ 07885-1778

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Janet Bocchino Romano    on behalf of Creditor    Guilderland Center romanoX2@outlook.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Stephen B. McNally    on behalf of Debtor Andrew A. Williams steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Stephen B. McNally    on behalf of Joint Debtor Yolanda  Sheffield Williams
               steve@mcnallylawllc.com,   jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7