# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10071−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew A. Williams
1488 Topside
Wharton, NJ 07885

Yolanda Sheffield Williams
1488 Topside
Wharton, NJ 07885

Social Security No.:
xxx−xx−6769

xxx−xx−6782

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on April 24, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 25, 2019
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Andrew A. Williams
Yolanda Sheffield Williams
   Debtors

Case No. 19-10071-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Apr 25, 2019
                     Form ID: 148     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.

```
db/jdb         #+Andrew A. Williams,    Yolanda Sheffield Williams,    1488 Topside,    Wharton, NJ 07885-1778
cr              +AIS Portfolio Services, LP Attn: Capital One Auto,    4515 N Santa Fe Ave, Dept APS,
                  Oklahoma City, OK 73118-7901
cr              +Guilderland Center,    c/o Romano & Romano, Esqs.,    573 Bloomfield Avenue,
                  Verona, NJ 07044-1818
518026536      +Bank of Missouri,    Total Card Inc.,    2700 S Lorraine Pl,    Sioux Falls, SD 57106-3657
517950112      +Garden Savings Federal Credit Union,    129 Littleton Road,    Parsippany, NJ 07054-1897
518060379      +Garden Savings Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                  Tinton Falls, NJ 07724-3001
517950115     ++++LEONARD FRANCO, JR. ESQ.,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ    07102-5415
                 (address filed with court: Leonard Franco, Jr. Esq.,      1037 Raymond Boulevard,    Suite 710,
                  Newark, NJ 07102)
517950116      +McCabe, Weisburg & Conway, P.C.,    216 Haddon Ave. Suite 303,    Collingswood, NJ 08108-2811
517950117      +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
517950119      +Overlook Village Condominium Assoc,    c/o Law Offices of Judith A. Fallat,
                  92 Broadway, Suite 201,    Denville, NJ 07834-2733
517950120      +Romano & Romano,    Janet B. Romano,    573 Bloomfield Avenue,    Verona, NJ 07044-1818
517950121      +State of New Jersey,    Dept. of Labor & Workforce Dev.,
                  Div. of Employer Accts., Delinquency Uni,    PO Box 932,    Trenton, NJ 08625-0932
517950122      +State of New Jersey Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245
517971207      +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
517950123      +Zwicker & Associates,    80 Minuteman Road,    Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2019 00:12:49     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 00:12:46     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Apr 26 2019 03:28:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                  PO BOX 41021,    Norfolk, VA 23541-1021
517950105      +EDI: GMACFS.COM Apr 26 2019 03:28:00     Ally Financial,    Attn: Bankruptcy Dept,
                  Po Box 380901,    Bloomington, MN 55438-0901
518101168       EDI: GMACFS.COM Apr 26 2019 03:28:00     Ally Financial,    PO Box 130424,
                  Roseville MN 55113-0004
517950106      +EDI: CAPITALONE.COM Apr 26 2019 03:28:00     Capital One,    PO Box 30273,
                  Salt Lake City, UT 84130-0273
517960146      +EDI: AISACG.COM Apr 26 2019 03:28:00     Capital One Auto Finance, a division of,
                  AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518015602      +EDI: AISACG.COM Apr 26 2019 03:28:00     Capital One Auto Finance, a division of Capital On,
                  P.O. Box 4360,    Houston, TX 77210-4360
517950107      +EDI: WFNNB.COM Apr 26 2019 03:28:00     Comenity Bank/Torrid,    Attn: Bankruptcy Dept,
                  Po Box 182125,    Columbus, OH 43218-2125
517950108      +EDI: RCSFNBMARIN.COM Apr 26 2019 03:28:00     Credit One Bank,    Attn: Bankruptcy,
                  Po Box 98873,    Las Vegas, NV 89193-8873
518102499       E-mail/Text: bankruptcy.bnc@ditech.com Apr 26 2019 00:12:14     Ditech Financial LLC,
                  P.O. Box 6154,    Rapid City, SD 57709-6154
517950109      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 26 2019 00:12:14     Ditech Financial LLC,
                  Bankruptcy Department,    PO Box 6154,    Rapid City, SD 57709-6154
517950110      +EDI: ECMC.COM Apr 26 2019 03:28:00     Ecmc Group,    Attn: Bankruptcy,
                  111 Washington Ave South  Ste 1400,    Minneapolis, MN 55401-6800
518012851       EDI: ECMC.COM Apr 26 2019 03:28:00     Educational Credit Management Corporation,
                  P.O. Box 16408,    St. Paul, MN 551160408
517950111      +EDI: AMINFOFP.COM Apr 26 2019 03:28:00     First Premier Bank,    Attn: Bankruptcy,
                  Po Box 5524,    Sioux Falls, SD 57117-5524
518018997      +EDI: IRS.COM Apr 26 2019 03:28:00     Internal Revenue Service,    PO Box 7346,
                  Philadelphia, PA 19101-7346
517950114      +EDI: CBSKOHLS.COM Apr 26 2019 03:28:00     Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                  Milwaukee, WI 53201-3120
517950114      +E-mail/Text: bncnotices@becket-lee.com Apr 26 2019 00:11:47     Kohls/Capital One,
                  Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518060256       EDI: RESURGENT.COM Apr 26 2019 03:28:00     LVNV Funding, LLC,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
517950118      +E-mail/Text: bnc@nordstrom.com Apr 26 2019 00:11:51     Nordstrom FSB,    Attn: Bankruptcy,
                  Po Box 6555,    Englewood, CO 80155-6555
517981586      +EDI: JEFFERSONCAP.COM Apr 26 2019 03:28:00     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518064931       EDI: Q3G.COM Apr 26 2019 03:28:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
517950864      +EDI: RMSC.COM Apr 26 2019 03:28:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 23
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 25, 2019
                              Form ID: 148             Total Noticed: 37

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517950113*      Internal Revenue Service,   Special Procedures Branch,   PO Box 744,   Springfield, NJ 07081
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Janet Bocchino Romano    on behalf of Creditor    Guilderland Center romanoX2@outlook.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Stephen B. McNally    on behalf of Debtor Andrew A. Williams steve@mcnallylawllc.com,
           jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          Stephen B. McNally    on behalf of Joint Debtor Yolanda  Sheffield Williams
           steve@mcnallylawllc.com,    jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7
```